### CENTRAL OF GEORGIA RAILWAY COMPANY *v.* CASTELLOW.

COBB, J.  The requests to charge, so far as legal and pertinent, were in sub-
stance covered by the general charge.  The evidence was sufficient to raise
a presumption of negligence against the company, and a finding that the
presumption had not been rebutted was authorized.   The discretion of the
trial judge in refusing to grant a new trial will not be interfered with.
                       *Judgment affirmed.   All the Justices concur.*

Submitted December 12, 1904 — Decided January 28, 1905.

Action for damages.    Before Judge Sheffield.    Quitman superior court.    March 14, 1904.

*William D. Kiddoo,* for plaintiff in error.
*M. J. Yeomans* and *A. M. Raines,* contra.